UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZACHARY LEBOURGEOIS                                             CIVIL ACTION

VERSUS                                                                        NO. 24-359

STATE OF LOUISIANA                                              SECTION "R" (5)

## ORDER AND REASONS

Plaintiff Zachary Lebourgeois was a state pretrial detainee housed at the Jefferson Parish Correctional Center when he filed this petition for writ of habeas corpus under 42 U.S.C. § 2241 on February 8, 2024.[1] On April 1, 2025, Magistrate Judge Michael B. North issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the motion as moot.[2] Lebourgeois did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

---

[1]   R. Doc. 1.
[2]   R. Doc. 17.

Accordingly, the Court adopts Magistrate Judge North's R&R as its opinion. Lebourgeois's petition is DISMISSED WITH PREJUDICE as moot.

New Orleans, Louisiana, this __17th__ day of June, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE